

# MOORE LAW OFFICE PLLC

126 SOUTH MAIN STREET
VERSAILLES, KENTUCKY 40383

WILLIAM K. MOORE
ELLEN C. MOORE, ASSOCIATE
DARLENE BURGESS, PARALEGAL

TELEPHONE: (859) 873-6207
IN KY: (800) 863-3014
FAX: (859) 873-6189
EMAIL: wkmoorelaw@gmail.com

July 30 2015

Douglas D. Blair
Department of Public Advocacy
221 St. Clair Street
Frankfort, KY 40601

    Re: Supplemental Open records request
       Personnel File of former City employee, Jeff Farmer

Dear Mr. Blair:

    Based on our previous telephone conversation in which you agreed to narrow the scope of your open records request for the entire personnel file of Jeff Farmer to only the personnel actions against Mr. Farmer due to job performance, and the personnel actions previously provided to you, I am interpreting your July 29, 2015 supplemental request for Mr. Farmer's employment records to refer to the Statement of Charges referenced in his letter of resignation.

    Accordingly, I am enclosing a copy of the Statement of Charges dated October 3, 2011 which I believe completely responds to your open records request.

    If my understanding of your request is incorrect, please do not hesitate to contact me.

Sincerely yours,

William K. Moore
Versailles City Attorney

cc: Allison B. White, City Clerk

# Versailles Police Department

110 Court Street, Versailles, Kentucky 40383   (859) 873-3126   Fax: (859) 873-7514
John Wilhoit ---- Chief of Police
*"Proudly Serving Versailles, Midway and all of Woodford County"*

October 4, 2011

Chief John Wilhoit
Chief of Police
Versailles Police Department
110 Court Street
Versailles, Kentucky 40383

Dear Chief Wilhoit:

I hereby submit my resignation from employment with the City of Versailles as a sworn Police Officer with the Versailles Police Department effective immediately. I understand that the City of Versailles/Versailles Police Department will not further pursue internally or criminally the matters listed on the Statement of Charges dated October 3, 2011. Nothing regarding the Statement of Charges dated October 3, 2011 will be contained in my personnel file.

_____    10/5/11 J.I.
Signature - Jeff Farmer        Date

Signed before me this  5th  day of  October , 2011

_Tracy A Combs_             10/5/11
Notary - State at Large      Date

My Commission Expires: 1/30/12

# Versailles Police Department

110 Court Street   Versailles, Kentucky 40383   (859) 873-3126   Fax: (859) 873-7514
John Wilhoit---- Chief of Police
Proudly Serving Versailles, Midway and Woodford County

## STATEMENT OF CHARGES

On this date, October 3, 2011 Versailles Police Chief John Wilhoit, has submitted to me, Jeff Farmer, certain charges with which I am accused, these charges being:

1. **Violation of Policy #100.060 11.04 - Conduct Unbecoming--** Specifically on September 16, 2011, between 0200 and 0245 you were observed by Officer Kevin Flora being dropped off at S & S Tire to your Versailles Police cruiser by a vehicle which Officer Flora identified as belonging to Dispatcher Amy Richards who was on duty at the time. He further reports that her vehicle came from the private drive area of Doctor Woods office located on Frankfort Street. Amy Richards states in an interview that you sent her a text message between approximately 0200 and 0230 Hours on September 16, 2011 requesting she pick you up on Walnut St. She said that she went to Walnut St., was unable to locate you and you then advised you were on Virginia Avenue where she picked you up and observed that you were wearing your Versailles police uniform. Dispatcher Richards said that you had her pull over to the area of Doctor Woods office where you confided to her that you had met a female on a traffic stop and this unidentified female had dropped you off on Virginia Avenue.

2. **Violation of Policy #100.140 (3) Home Fleet Program/Procedures, Rules and Regulations --** Specifically on September 16, at approximately 0246 Hours Officer Dawn Monks checked a Versailles Police cruiser that was clearly operated by you in reference to seeking assistance regarding a suspicious vehicle that was southbound on Main Street at Rose Hill Avenue. Officer Monks reports that this Versailles Police cruiser was a Crown Victoria and that it passed directly in front of her and eventually turned left onto Montgomery Avenue without ever acknowledging her repeated attempts to make contact to request assistance.

3. **Violation of Policy #100.060 11.08 – Associations with Disreputable Persons --** Specifically on September 16, 2011, Patrick Crowe who you should know is currently under indictment (Woodford Circuit Court Case#11-CR-00067) was at your residence attending a birthday party. Your association with Patrick Crowe has been continuous and you were charged with the same policy violation in regards to association with Mr. Crowe in 2010.

4. **Violation of Policy #100.060 11.18 – Insubordination--** Specifically on May 16, 2011 at approximately 2045 Hours you were observed by Sgt. David Clark next to the K-Mart garden center talking to Jennifer Lee while on duty. Sgt. David Clark advises he had given you a direct order not to be with her on

Case: 5:21-cv-00049-KKC   Doc #: 9-1   Filed: 03/17/21   Page: 4 of 6 - Page ID#: 108

2

duty after an incident on January 28, 2011 where he advises he saw the two of you together inside of the Dairy Queen Restaurant on Frankfort St. in Versailles while you were on duty and your police cruiser was parked out of view and you were out of your assigned patrol zone.

5. **Violation of Policy #100.060 11.28 – Honesty**—Specifically on May 16, 2011 Sgt. David Clark questioned you after seeing you again with Jennifer Lee while on duty and you initially lied to him by saying it was not you that he had seen.

---

Explanation of Violations:

On September 16 at approximately 0745 Hours Officer Buddy Flora reported to me that Officer Kevin Flora had observed Dispatcher Amy Richard's personal vehicle in the area of Dr. Wood's office that is located at 220 Frankfort Street in Versailles. He further advised that Officer K. Flora had observed Dispatcher Richard's vehicle cross Frankfort Street and pull into the S & S Tire Store parking lot and pull up to Officer Jeff Farmers Versailles Police cruiser. He then observed Officer Farmer exit her vehicle and eventually get into his Versailles Police cruiser. Officer Buddy Flora said that Officer K. Flora told him that this incident had occurred at sometime around 0300 Hours on September 16, 2011.

I then instructed Administrative Assistant, Tracy Combs to check the radio traffic and phone calls during the time period in question. Radio transmissions were located where Officer Dawn Monks at approximately 0246 Hours on September 16, 2011 is heard on Versailles Police radio asking Officer John Giles if he is the unit on South Main Street to which he replies no, he is on Altamont. She is then heard asking who is on South Main Street to which there is no response. She then makes a third and final attempt by asking who is on South Main to which again there is no response. Further, a telephone conversation was found between Officer Dawn Monks and Dispatcher Amy Richards where the two are having a discussion about a suspicious vehicle and Dispatcher Richards tells Officer Monks that she had seen this vehicle in the area of S & S tire and that she had pulled back into Wood Chiropractor.

On September 19, 2011 I interviewed Officer Dawn Monks in reference to this matter. She confirmed a Versailles police cruiser (Crown Victoria) had passed in front of her traveling south on Main Street while was stopped at the red light on Rose Hill Ave. She said that she believed this occurred sometime between 0200 and 0300 Hours. She said that this Versailles Police cruiser was directly behind the suspicious vehicle that she wanted the unit to either stop or check and see if there was anything unusual about it. She said she attempted to make contact with this unit twice and their was no response. Officer Monks said she turned right onto South Main Street and thought she saw the Versailles Police cruiser turn left onto

Montgomery Avenue. She further stated that she saw Dispatcher Richards in her vehicle also traveling south on Main Street turn onto Rose Hill Avenue while she was sitting at the intersection.

On September 21, 2011 I interviewed Dispatcher Amy Richards in reference to this matter. Dispatcher Richards advised that shortly after 0200 Hours Officer Jeff Farmer had sent her a text message asking her to pick up on Walnut Street. She said she left the police department and went to Walnut Street where she did not see him. She then made phone contact and he said that he was on Virginia where she picked him up. She said that he was wearing his police uniform. She said he told her his car was at S & S tire so she began driving in the direction of S & S tire after turning onto Frankfort Street from Walnut Street. She said that when she arrived at S & S tire she began to turn into the lot and he told her to pull over to the right instead in the area of Dr. Woods office. Dispatcher Richards stated that she asked Officer Farmer what he had been doing and she said that he answered by saying that he had met a girl on a traffic stop and she had dropped him off on Virginia Avenue. She further advised that he said that he had been at this person's residence. Dispatcher Richards said that she could not remember if he said this residence was in Lexington or Nicholasville. She said that she then drove him to his car and went back to the police department by way of Frankfort Street, North Main Street a right turn onto Rose Hill where she said she saw Officer Dawn Monks at the intersection and a suspicious person walking. She also said that on September 16, 2011 Patrick Crowe was at his son's birthday party that was held at Jeff Farmers residence.

On September 22, 2011 I interviewed Officer Kevin Flora in reference to this incident. He said that he recalled Officer Farmer calling out with a flat tire shortly before 2300 Hours. He said that he saw Officer Farmer's police cruiser sitting at S & S tire near the front door and facing the building. He said that he thought this was between 2315 and 2350 Hours. He said that around 0245 he was driving on Frankfort Street when he saw Dispatcher Richards personal vehicle in the area of Dr. Woods Chiropractic office. He said he then watched her vehicle cross Frankfort Street and pulled into the S & S tire parking lot and observed Officer Jeff Farmer exit her vehicle and get into his own. Officer Flora said that at this time he drove outbound on Frankfort Street. Officer Flora told me that he had told Officer Monks what he had observed that night and she had told him that she had heard Officer Farmer and Dispatcher Richards talking in code before.

Sgt. David Clark gave Officer Jeff Farmer a direct order on January 28, 2011 to not be with Jennifer Lee again on duty after seeing the two together at The Dairy Queen Restaurant on Frankfort St. in Versailles on that date at approximately 2015 Hours. On May 16, 2011 at approximately 2045 Hours Sgt. David Clark saw Officer Jeff Farmer and Jennifer Lee together in the K-Mart Garden center area parking lot while Officer Farmer was on duty. When questioned about this by Sgt. Clark, Officer Farmer initially denied that it was himself that Sgt. Clark had seen before eventually admitting to again meeting with Jennifer Lee on duty.

---

4

By signing below, I hereby acknowledge receipt of this Statement of Charges on October 3, 2011.

_____  
Officer's Signature

__10/3/11_____  
Date

Subscribed and sworn to me by __Jeff Farmer__.

This __3rd__ day of __October__, 2011

_____  
Notary Public, State at Large

__1/30/12__  
My Commission Expires