6:53

 **Woodford County Middle School**
20h ·

20 shares

All Comments

**Jeff Farmer**
This is absolutely infuriating!! Can we keep political ideologies and concepts out of our school system?!? In anyway suggesting "Systemic racism" is a catalyst leading to a fictional character's death in a fictional situation at the hands of police in a controversial, and fictional, police involved shooting is disgusting! Suggesting that police have an unconscious bias and pushing that agenda on our children is simply outrageous!
LEAVE POLITICS OUT OF OUR SCHOOL SYSTEM! This is unbelievable!

17h   Like   Reply          35

**Brandi Welsh Williams**
**Jeff Farmer** why is it infuriating that your kids may learn how to be a better person through learning about the impact of society on others? I promise that if your kids learn about systemic racism they won't become "snowflakes."
My adult child learned about it several years ago and he's a perfectly ordinary functioning adult.

5h   Like   Reply          3

Write a comment...   GIF   ☺

3:54

**Jeff Farmer**
16h ·

Guys, when is it going to be enough?!? Now I have the school system programming my child to believe in the idea of "systemic racism" and demonstrating this idea by using a controversial (and fictional) police involved shooting as an example!

10:58      5G E

**Woodford County Middle School**
55m ·

One School One Book Opportunity for Your Middle Schooler

As we head back to school virtually, we'd like to invite all students to participate in our optional "One School One Book" reading program. We hope this will provide a sense of community as we all share a reading experience.

During virtual learning, students are required to read 30 minutes every day. This opportunity could help your child meet this expectation. We will have optional online read aloud and book clubs to support students and enrich their reading.

The book selected for this opportunity is Jewell Parker Rhodes's Ghost Boys. Here is a summary of Ghost Boys:

Jerome is a 12-year-old who lives in a rough part of Chicago. He is bullied at school and finds strength in a new friend and his friend's toy gun (that looks very real). In a turn of events, Jerome is shot by a police officer who mistakes his toy gun for a real threat. As a ghost, he observes the devastation that's been unleashed on his family and community in the wake of what they see as an unjust and brutal killing.
Jerome is visited by another ghost: the ghost of Emmett Till, who helps Jerome process what's happened to him. Jerome also visits and can talk to Sarah, the living daughter of the police officer who shot Jerome. Sarah helps Jerome





**Jeff Farmer** is at **Washington Monument National Monument**.
5h • Washington D.C.

Gonna be an epic day!! Most diverse group of people I've ever seen in my life. Literally people from all over the world. And they're all cheering for Trump!

Ashley Paige and 195 others       33 Comments

4:58  

facebook 

**Jeff Farmer**
2m

Literally minutes ago I was standing at the base of the steps with hundreds of thousands of people there to support Trump and conservative like minded people. From 5am-now I have been intermingled with them. I literally NEVER saw or heard anyone act or encourage any violence. I Actually witnessed people from literally all over the globe from every race and nationality cheering for Trump and I have become acquainted with many of them thru social media and otherwise. The people I saw "storm" the capital were from all walks of life. One thing they share in common is the fact they're upset with our POTUS election. They were a group of MAYBE 20-30 people out of literally probably 1 million. I do not condone what they did and I feel sorry for them for being idiots and thinking that would help a "revolution". But....I sincerely and I stress this...SINCERELY... have a hard time believing those people were truly there to support Trump. Being of a rational mind it's just hard to fathom that out of literally a million people, you have 20-30 people who think it's a good idea, and plausible to attempt to overthrow the government and invade a building. In my heart I believe there is an attack upon the values of America and I believe both sides are at arms and it is going to be a long time until we all come together as a country. This is first hand what I saw and how I felt. Im disappointed that it occurred and skeptical of who they really were.

5