**Officer Graves**

Friday, January 8, 2021

Kristen.... 7:10 PM

Yesssss??? Lol 7:11 PM

What was the farmer letter all about? Be real and honest and off record with me

You signed it 7:11 PM

Did you not see it?? 7:12 PM

Yes I did. That's why I came straight to you wanting to understand.

I somewhat agree with yours and your coworkers stance and frustration on the issue. He wasn't in uniform or (to my knowledge) representing the SO and Leo in anyway.

Are cops not allowed to be citizens at times and just be able t

View all

7:15 PM

Case: 5:21-cv-00049-KKC Doc #: 9-4 Filed: 03/17/21 Page: 2 of 10 - Page ID#: 166

**Officer Graves**

7:15 PM, Jan 8

Yes I did. That's why I came straight to you wanting to understand.

I somewhat agree with yours and your coworkers stance and frustration on the issue. He wasn't in uniform or (to my knowledge) representing the SO and Leo in anyway.

Are cops not allowed to be citizens at times and just be able to be themselves like everyone else?



Copy text   Share



# Me

7:22 PM, Jan 8

Yes they absolutely are. The problem lies with the fact that like it or not we are all public figures and need to uphold a higher standard. You're in a position where young kids look up to you and want to be like you. Common sense delegates that this was not going to stay peaceful for long. Plus it's my understanding he had some colorful fb posts that he has since taken down and even deleted his account so what does that tell you?

Copy text    Share

**Officer Graves**

**O:** I've been doing this job long enough to know these things. I'm not defending Jeff Farmer. He's done a lot of dumb shit, no doubt. I'm wanting to know what did he do this time and what exactly was it he said (maybe I didn't catch it) to make your office right that letter

Write*  7:25 PM

**Me:** Mmmm how about racial profiling, intimidation and excessive use of force?  7:26 PM

**O:** He did that in DC?  7:26 PM

**Me:** No, he does it everyday to our clients  7:27 PM

**Me:** And I don't know exactly what he said bc the only smart thing that guy has ever done is block me from his fb day 1 🤣  7:28 PM

**O:** I've heard those things and that's why we work with the SO on a limited as needed basis.

I'm isolating DC.  7:2



**Me**

7:33 PM, Jan 8

I am being honest and full hearted, you and I have always been friends and I care a great deal about you. I guess you just have to look at it as a totality of circumstances kind of thing. For example, I would not have given my support if it were you on the other side bc I know that's not who you are at your core. But when you add him going there to what would clearly turn into a violent attack on everything we all should believe in with the fact that those same violent tendencies are getting applied and misused in our own city against our clients something should be done.

Copy text    Share

**Officer Graves**

7:39 PM, Jan 8

Again...I agree somewhat on where you're all coming from. Im assuming you all don't care, but this letter is circulating quickly and it may be (for the sake of relations) to offer some type of clarification because all cops in Franklin County are pretty appalled by it.

All cops in Franklin also know how shady Jeff can be so no one is arguing that.



**Officer Graves**

O — It's really not about Jeff. It's a bunch of defense attorneys saying a cop can't go to dc off duty and protest or exercise his 1st
7:41 PM

O — But Skye can get on Twitter and insinuate we shoot black any chance we get. If she wants to know what it's like to kill someone have her call me
7:43 PM

Gotcha. I will pass that along. But I do hope you all that know me at least know that I would never take action against an officer just for that. I've only made it my mission to screw with 3 in all the time I've been there; Qualls, Melton, and Farmer.

Hey don't get mad at me for her transgressions!
7:43 PM

O — I'm not mad at you, never was or have been. Just trying to make sense of what seems to be a bad double standard
7:45 PM

I have passed on your concerns sir! Lol
7:45 PM

And you know skye works for the persecutors and not us right?? Lol
7:46 PM

O — Yes I know. I don't even know her
7:47 PM

O — I love you to death, always have. If I didn't I wouldn't have brought all of this to your attention
7:48 PM

**Officer Graves**

**I'm not mad at you, never was or have been. Just trying to make sense of what seems to be a bad double standard**
7:45 PM

7:45 PM
**I have passed on your concerns sir! Lol**

7:46 PM
**And you know skye works for the persecutors and not us right?? Lol**

**Yes I know. I don't even know her**
7:47 PM

**I love you to death, always have. If I didn't I wouldn't have brought all of this to your attention**
7:48 PM

7:50 PM
**Well back atcha punkin!! 😘😘 like I said, I never would have signed my name to anything if it was you. Matter of fact I was telling one of my fave stories about one of my fave cops the other day! When you tried to save the pit bull at the brick that one day! Lol**

**I remember that**
7:54 PM

**Loved "Well back atcha punkin!! 😘😘 like I said, I never would have signed my name to anything if it was you. Matter of fact I was telling one of my fave stories about one of my fave cops the other day! When you tried to save the pit bull at the brick that one day! Lol "**
8:12 PM