January 8th, 2021

Dear Sheriff Quire,

As public defenders, we deal firsthand with the members of the Frankfort community who are most vulnerable. We now feel it is necessary to stand up and voice our serious concerns over the conduct of one of your deputies. As you are aware, Jeff Farmer attended the events in Washington D.C. on January 6th which resulted in the storming of our nation's Capitol Building and multiple fatalities including a federal murder probe into the death of a U.S. Capitol Police officer.

We have no indication that Deputy Farmer left the crowd when rioting began, nor do we have any proof that Deputy Farmer was not himself actively involved in treasonous behavior.

Deputy Farmer boasted about his involvement in many outlets, including a Facebook post in which he stated "*Gonna be an epic day!! Most diverse group of people I've ever seen in my life.*" (Deputy Farmer has since deleted his Facebook account.) The fact is that a substantial number of individuals who attended this event are white supremacists waving the flag of confederacy. How can minorities in Frankfort feel protected and served by an individual who so clearly flaunts his fraternization with racists?

Deputy Farmer often charges all individuals in a vehicle because he believes they are guilty by association. By that logic, what does that say about yourself and your department?

This incident at the Capitol is a continuation of poor judgment, recklessness, and bias demonstrated by Deputy Farmer. In the past, Deputy Farmer has posted publicly about his disbelief in systematic racism and unconscious bias. He has been involved in many cases which reflect targeting and racial profiling. He has a colored history including resigning from the City of Versailles police department in exchange for no further pursuit of criminal charges against him.

We ask you Sheriff Quire whether Deputy Farmer's conduct conflicts with the values expressed by the Franklin County Sheriff's Department: service, integrity, courage, fairness, and innovation? We ask you whether taking part in a treasonous riot is the sort of good decision making necessary for the title of deputy sheriff? At a minimum, it shows a disregard for the rule of law and constitutional process he swore to uphold. We call upon you to take action to develop a police force which is known for protecting and serving minorities, not targeting and harassing.

We will no longer silently stand by and allow Deputy Farmer to stain the reputation of Franklin County and cripple the individual lives who we represent. We call upon you to re-evaluate the role and placement that Deputy Farmer has in the Sheriff's Department.

Sincerely,

Public Defenders at the Franklin County Trial Office

_____        _____        _____
Nathan Goodrich                 Kristin Gonzalez                Cheyla Bush

_____        _____
Patrick Brennan                 Valerie Church