# Exhibit A



US District Court
Eastern District of KY
At Lexington
5:21-CV-00049-KKC

Farmer v. Gonzalez, et al
Exhibit A to Def's Reply in Support of
Motion to Dismiss