# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT LEXINGTON

| | | |
|---|---|---|
| **JEFFREY FARMER** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. 5:21-CV-00049-KKC** |
| v. | ) | |
| | ) | **Electronically filed** |
| **KRISTIN GONZALEZ, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## DEFENDANTS' NOTICE OF CONVENTIONAL FILING

Come the defendants, Kristin Gonazlez, Valerie Church Cheyla Bush, Patrick Brennan, and Nathan Goodrich, by counsel, and hereby give notice that they will conventionally file Exhibit A to their Reply in Support of their Motion to Dismiss.

Respectfully submitted,

/s/ R. Kenyon Meyer
R. Kenyon Meyer
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
(502) 540-2300
(502) 585-2207 (fax)

Mary L. Bryson
DINSMORE & SHOHL LLP
100 W. Main Street, Suite 900
Lexington, KY 40507
(859) 425-1000
(859) 425-1099 (fax)
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  Recordings will be served by an alternative method.

      /s/ R. Kenyon Meyer
R. Kenyon Meyer
*Counsel for Defendants*

21607274.1