UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**JEFFREY FARMER,**

   Plaintiff,

v.

**KRISTEN GONZALEZ, ET AL.,**

   Defendants.

CIVIL ACTION NO. 5:21-49-KKC

**JUDGMENT**

\*\* \*\* \*\* \*\* \*\*

In accordance with the Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) the Defendants' motion to dismiss [DE 9] is **GRANTED** as follows:

   (a) Count I of Plaintiff Jeffrey Farmer's complaint, asserting a claim under 42 U.S.C. § 1983 for First Amendment Retaliation, is **DISMISSED WITH PREJUDICE**; and

   (b) The Court declines to exercise supplemental jurisdiction over Plaintiff Jeffrey Farmer's remaining state law claims (Counts II, III, and IV), and those claims are **DISMISSED WITHOUT PREJUDICE**.

2) this matter is DISMISSED from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.

This 29th day of September, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY